904

No. 75–6907. BARKER v. NORTH CAROLINA. Ct. App. N. C. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Patterson* v. *New York,* 432 U. S. 197 (1977), and *Hankerson* v. *North Carolina,* 432 U. S. 233 (1977).

No. 76–86. McCLATCHY NEWSPAPERS ET AL. v. NOBLE ET UX. C. A. 9th Cir. Motion of American Newspaper Publishers Assn. for leave to file a brief as *amicus curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Continental T. V., Inc.* v. *GTE Sylvania Inc., ante,* p. 36.

No. 76–641. P. C. PFEIFFER Co., INC., ET AL. v. FORD ET AL.; and

No. 76–1166. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, U. S. DEPARTMENT OF LABOR v. JACKSONVILLE SHIPYARDS, INC., ET AL. C. A. 5th Cir. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Northeast Marine Terminal Co.* v. *Caputo,* 432 U. S. 249 (1977). Reported below: 539 F. 2d 533.

No. 76–724. ESTELLE, CORRECTIONS DIRECTOR v. McDONALD. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Wainwright* v. *Sykes, ante,* p. 72.

No. 76–730. ADKINS v. I. T. O. CORPORATION OF BALTIMORE ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Northeast Marine Terminal Co.* v. *Caputo,* 432 U. S. 249 (1977).